Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−26391−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Christine I. Forand−Harris
    2433 E. Main St.
    Millville, NJ 08332

Social Security No.:
    xxx−xx−3431

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/20/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 20, 2019
JAN: bc

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                            Case No. 19-26391-ABA
Christine I. Forand-Harris                                        Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Dec 20, 2019
                              Form ID: 148             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2019.
db              +Christine I. Forand-Harris,    2433 E. Main St.,    Millville, NJ 08332-9648
aty             +KML Law Group, PC,    Sentry Office Plaza,    216 Haddon Ave,    Suite 406,
                  Westmont, NJ 08108-2812
lm              +Carrington Mortgage Services, LLC,    P.O. Box 5001,    Westfield, IN 46074-5001
518455048       +James Stephen Harris,    6600 New Jersey Avenue,    Wildwood Crest, NJ 08260-1220
518427590       +KML Law Group, P.C.,    216 Haddon Ave.,    Suite 406,    Westmont, New Jersey 08108-2812
518427591       +Wilmington Savings Fund Society FSB,    1484 Route 206,    Vincentown, New Jersey 08088-8886
518496205       +Wilmington Savings Fund Society et. al,,    c/o Carrington Mortgage Services,LLC,
                  1600 South Douglass Road,    Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2019 00:56:44     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2019 00:56:38      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518531032        EDI: GMACFS.COM Dec 21 2019 05:33:00      Ally Capital,    PO Box 130424,
                  Roseville MN 55113-0004
518455053       +EDI: CAPITALONE.COM Dec 21 2019 05:34:00      Capital One Bank,    PO Box 30285,
                  Salt Lake City, UT 8l 84130-0285
518445514       +EDI: AIS.COM Dec 21 2019 05:33:00     Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                  Oklahoma City, OK 73118-7901
518530873       +EDI: AIS.COM Dec 21 2019 05:33:00     Verizon,   by American InfoSource as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee for
               Upland Mortgage Loan Trust B rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Victor  Druziako    on behalf of Debtor Christine I. Forand-Harris bkdruziako@aol.com
                                                                                             TOTAL: 4
```